# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western  ☐ St. Joseph | | **Platte** County and elsewhere | ☒ Secret Indictment |
| ☐ Central  ☐ Southern | | | ☐ Juvenile |
| ☐ Southwestern | | | |

**Defendant Information**
Defendant Name        Clint Robert Schram
Alias Name
Birthdate                 06/14/1968

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant                                    ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA Alison D. Dunning

**Interpreter Needed**
☐ Yes      Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody          Writ Required        ☐ Yes  ☒ No
☐ Currently on Bond                   Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    9

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:2252A.F/6300/4 | Engaging in a Child Exploitation Enterprise | 1 |
| 2 | 18:2251.F/6110/4 | Conspiracy to Advertise Child Pornography | 2, 4, 6, 8 |
| 3 | 18:2251.F/6110/4 | Advertisement of Child Pornography | 3, 5, 7, 9 |
| 4 | 18:2253.F/9923/4 | Criminal Forfeiture | |
| 5 | | | |

(May be continued on reverse)

Date   7/21/20                    Signature of AUSA    /s/ Alison D. Dunning