IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINT R. SCHRAM<br><br>Defendant. | Case No. 20-06002-01-CR-SJ-DGK |

## *LIS PENDENS*

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Western District of Missouri between the parties named above for the seizure and forfeiture of the real property, together with all its buildings, appurtenances, and improvements, known as 8524 North Ava Avenue, Kansas City, Missouri 64154, with the United States as Plaintiff. The Indictment, including the forfeiture allegations regarding 8524 North Ava Avenue, Kansas City, Missouri 64154, was duly filed with the Clerk of the United States District Court for the Western District of Missouri on July 21, 2020, as Criminal Action No. 20-06002-01-CR-SJ-DGK.

The real property, together with all its buildings, appurtenances, and improvements, which is the subject of this action, is described as follows:

> Lot 9, Block 5, LINE CREEK MEADOWS – THIRD PLAT, a subdivision in Kansas City, Platte County, Missouri

The persons whose estate or interest intended to be affected is Clint R. Schram and any other potential claimants to the real property.

For further information concerning this proceeding for forfeiture, reference may be had to the records of the Clerk of the United States District Court for the Western District of Missouri, Western Division, 400 East 9th Street, Kansas City, Missouri 64106.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By  */s/ Alison D. Dunning*
Alison D. Dunning
Assistant United States Attorney
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122