Date: June 21, 2021

To: Honorable United States Magistrate Judge Lajuana M. Counts.

From: Defendant Clint Robert Schram 34907-045
Case No. 20-06002-01-CR-W-DGK
CoreCivic • CCA • LDC 100 HWY Terrace, Leavenworth, KS 66048 USA.

Hello, you are the magistrate judge in my case. I am represented by Assistant Missouri Federal Public Defender, Western District of Missouri Mr Todd Schultz. 1000 Walnut Suite 600 KC, MO 64106. (816)471-8282 FAX(816) 471-8008. I am indigent. I would like to know if I can have Mr Schultz removed from my case and replaced by another? Mr Schultz and I are at odds and conflict since October of last year. We last spoke on June 17, 2021. We finally agreed on the fact that we "disagree" on everything. I feel it would be in my best interest to have him removed from my case. Is this possible? Please contact myself or Mr. Schultz if you require a more detailed explanation of the problems we have. Thank you,

Clint R Schram
Clint R Schram
June 21, 2021