

Clint R Schrain 34907-045
CoreCivic. CCA. LDC
100 Highway Terrace
Leavenworth KS 66048 USA

Legal Mail

RECEIVED
2021 JUN 23 AM 11:10
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

NOTICE: This Correspondence was mailed from a correctional institution its contents are uncensored.

KANSAS CITY 640
21 JUN 2021 PM 3 L

Honorable Lajuana Counts
United States Magistrate Judge
400 E. 9th Street
Kansas City, MO 64106 USA