IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 5:20-06002-01-CR-DGK |
| v. | ) |
| CLINT ROBRET SCHRAM, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On April 13, 2022, the Court ordered Defendant to undergo a competency evaluation. Defendant was examined at the Federal Medical Center in Lexington, Kentucky, by Haley Wentowski, Psy.D, Forensic Psychologist. Dr. Wentowski filed a report (ECF No. 46) on June 9, 2022, opining Defendant is competent to proceed.

On July 19, 2022, Magistrate Judge Lajuana M. Counts held a competency hearing and issued a report and recommendation finding Defendant is competent to proceed. Neither party objected to the report and recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Lajuana M. Counts is adopted in its entirety, and this court finds Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between April 13, 2022, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:   August 3, 2022                         /s/ Greg Kays
                                               GREG KAYS, JUDGE
                                               UNITED STATES DISTRICT COURT