To: Judge Counts

From: Clint R Schram inmate No. 34907-045 USP Leavenworth

Date: Wenesday, September 14, 2022

Subject: Review outline all my issues

- Constitutional Right Violations, wrote about yesterday, wont review here,
- Health Issues, multiple.

  * Sleep Apnea: County Jails wont provide CPAP. CCA claimed supply chain issues USP Leavenworth say the same thing supply issues. When I wound up at Cottonwood Springs in 2017 I was told by them (they observed the sleep issues) that not using the CPAP may have been alot of problems of my mental health crisis in 2017. My Family bring in my machine. Use it at Cottonwood Springs and Valley Hope and basically for the most part from 2017-2022 when I was arrested. I feel like a lot of my mood disorder is from going 2 years with no CPAP, I call bullshit on supply chain you could get a CPAP if you wanted to even buy used on Ebay or some shit.
  * Buldged Ruptured Disks. Its my opinion that I have ruptured a buldged disk since I been incarcerated. I need MRI and Ortho Surgeon visit. ~~Be~~ USP LEV wont refer me. I have very serious back pain issues. this Facility has even encumbered my Finances for no reason other than retaliation and I can no longer purchase OTC meds even though I have my own money. <u>I am in pain daily!</u>
  * I am type 2 diabetic. They wont give me Neurontin/lyrica, gabapentin the main line treatment. Gabapentin is (both) for my mood disorder (mood stabalizer - anxiety) and is the main treatment for nerve pain. Also I having Foot related issues (warning signs for diabetic) and again this Facility wont help me. Basically Gabapentin-Neurontin kills 2 birds with one stone, so to

Forgot add * Dentist dental Claims work to list

page 1

to Speak. I NEED the correct drugs. I dont care if "Some inmates" abuse them I DONT and NEED them. I not here For abusing drugs!

* I need new glasses. This Facility caused me to loose them last time I was here and wont replace them. It was no Fault of my own they lost them as well as other property like radio etc. and they wont give me tort Claim Form or print my receipts so can get replacements. My glasses broke, Scratched, Falling apart and prescription is not accurate.

This Facility (USP LVN) will not is not addressing my health concerns. They are housing me in SHU treating me badly and For no reason. They say they wont do any of my medical issus in SHU but wont move my to a unit I can house in. They made me go a week without my meds only because I complaine. What they are doing here is harrasment, retaliation and PREA Violations. They have shut off my phone, wont deliver my mail, am reading my incoming and outgoing Legal Mail, this I think is illegal! I have notified Staff at transit Center in Oeklahoma City, wrote letters to DOJ DC, and BOP DC, and BOP Kansas City, Kansas. NOTHING I have told USMS on plane to KC about the PREA, Harrasment, retaliation, no help. I told staff here on admotance in R&D NOTHING. No one is taking me seriously. NOT even my lawyer, that is why I must go around him and to you he is no help either. I beat up by guards at Lexington For only reason being a "SO" Sex Offender. I demanded then (April early April) to call lawyer not that it could have done any good. I have demanded here as well to call lawyer and they wont let me use phone until Febuary 2023, it was shut off in lexington in early April! All this is harrasment, Hate Crime and illegal. Reynee, Oller, Vars, Weaver all guards at lexington need to be Fired! Others need disapline. There must be a check box in

Case 5:20-cr-06002-SRB Document 64 Filed 09/16/22 Page 2 of 5

BOP paper work [✓] check here to Fuck this inmates eyes out and harrass the CHomo. FMC Lexington and USP Leavenworth has made it quite clear that they do NOT welcome sex offenders. My property been lost by both places and they wont give me tort claim. I am tired of being treated like this I am stressed, out, in pain, Feel like shit my sinus Fucked because of bad air in SHU and they wont even allow me to buy allergy meds - lock me out my own money - even they take away property I did buy. I am totally Sick of this shit. It's also the USMS that is pissed off at me. I have urgent business matters to attend to on the outside and my shitbag lawyer is no help. My Grandmother is 95 or 96 October 29 and I plan to be at her house to celebrate her birthday. She also needs care from family. I could even live at grandmothers house - KC North near Claycomo, and care for her while out on bond getting those issues addressed. Or I can live with my parents in Kearney MO. Also I want to restart my disability claim, that way it already in place when I get done with this court crap. Both my lawyers have been worthless to me. Cant wont help me with any of this stuff.

I feel you have NO RIGHT to lable me a Flight Risk! without any proof. I have NO money, NO Truck or motorcycle sold both, No home or equity from home thanks to you. Probally no drivers license (expired I Imagine) My passport has long expired. I not going anywhere, where to run? Satalites can read license plates from space. USMS best in the world, you cant run or hide from them. I also feel lawyers are failing me, there are things I can and will do myself. I feel I would be much better off representing myself Pro Se. But I can not learn how do it here or, do things I need to do here. Also I think I not ready for trial in December not if I go Pro Se. I feel I have no choice but to do it. I must get out on bond to get my medical issues addressed and represent myself wich is my right. OH I forgot I had 2 dental crowns come off and FMC Lexington or USMS lost them was suposed to put back on. I think they lost on purpose, fuck the CHomo, Also want see grandma before we loose her and my parents. I am willing to

Case 5:20-cr-06002-SRB Document 64 Filed 09/16/22 Page 3 of 5

wear ankle monitor and meet any requirements you have. I do feel I will need phone and computer. Willing to use monitoring service or public like library computers for research on case.

This court and my 2 lawyers have dicked me around for 2 years to accomplish NOTHING. Now let me out on bond so I can take care of business on outside here. I will need time to prepair for trial.

Call and talk to Doctor Wintewski at FMC Lexington ask her if my sleep apnea affects my mood disorder. how can I prepair for trial without treating my Sleep Apnea, Diabetic and back pain issues, get new glasses.

YOU and USMS and Lawyers have Failed me!

I must take matters into my own hands.

Release me on bond.

Even can release me to CottenWood Springs or Research Medical Center to address my mood disorder and sleep apnea and also need MRI orthopedic Surgeon visit. I had Medicade when was arrested can get that back or USMS can pay keep tabs on me :)

You have had 2 years of keeping me locked up. I was going to tri county mental health when was arrested. All the progress I had made is in the trash now because you 2 years of captivity and not taking care my needs.

I am NOT malingering or exagerating my mental - physical health issues they are real and are not being addressed by YOU! or USMS or BOP I talked to Dr Camper and Dr Vo here at USP LVN about treating my mood disorder and they cant treat me here, call them and ask them they mental health here. The more I try to help myself in your System = Fail. Must take matters into my own hands.

Did I state I got beat up by guards at Lexington. No one seems to



care

give a Fuck not even DOJ, D.C. I had higher expectations of BOP.

These BOP guards make a good income representing the Federal gvt of USA have good insurance and pension plans. They must leave the hate at home. You can not work in a federal workplace and harrasse Sex Offenders.

My punishment is being here. The guards DO NOT have a right to inflict there own form of justice as they did at Lexington.

And the harrasment, hate, continus here, not being beat but being denied basic rights and service for only reason being am a Sex Offender.

There is NO PLACE IN BOP For Hate Crimes, discrimination, or retaliation. It must stop and will when I get out on bond.

Please release me on bond so I can take care of my business, health, legal issues.

I not going anywhere.

I will be in court when required to be there and will surrender to prison if convicted.

Thank You,

[signature]

34907-045