Clint R Schram
inmate No. 34907-045
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas, USA
66048

Legal Mail

RECEIVED
2022 SEP 16 PM 12:08
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO

Judge Counts
400 E 9th Street 5th Floor
Kansas City, Missouri, USA
64106

20-cr-6002-DGK

SCREENED BY U.S. MARSHALS


KANSAS CITY 640
14 SEP 2022 PM 4 L