# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-06002-01-CR-SJ-DGK |
| | ) |
| CLINT ROBERT SCHRAM, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On July 21, 2020, the Grand Jury returned a nine-count Indictment charging Defendant Clint Robert Schram with one count of engaging in a child exploitation enterprise (Count One), four counts of conspiracy to advertise child pornography (Counts Two, Four, Six, and Eight), and four counts of advertisement of child pornography (Counts Three, Five, Seven, and Nine).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Alison Dawn Dunning, David Luna, and Kyle Patrick Reynolds
      Case Agent: FBI Special Agent David Backlund and Sarah Boutte
    Defense: John R. Osgood

**OUTSTANDING MOTIONS**: No outstanding motions.
Please note the Government filed the following notice and Defendant plans to object to the Rule 404(b) evidence and the unconstitutionality of Rule 414 evidence, but will not be filing a motion in limine:

| 03/31/2023 | view70 | NOTICE of filing *of United States' Intent to Introduce Evidence Under Federal Rules of Evidence 414 and 404(b)* by USA as to Clint Robert Schram (Reynolds, Kyle) (Entered: 03/31/2023) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 10-15 without stipulations
    Defendant: 1 witness, including the Defendant, but that is unlikely
**TRIAL EXHIBITS:**
    Government: approximately 200 exhibits
    Defendant: approximately 4-5 exhibits possibly

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 6-7 days total** (out of an abundance of caution)
    Government's case including jury selection: 4-5 day(s)
    Defendant: 1-2 day(s)

**STIPULATIONS**: The parties do not anticipate any stipulations.

**UNUSUAL QUESTIONS OF LAW:** As discussed previously, Defense counsel expects to object to the Rule 414 evidence and argue the constitutionality of such. The Government notes that there is a practical issue regarding publishing child pornography to the jury and will need to have time to discuss the practicalities of that. The Government also notes that they may need more than the normal number of jurors, due to the nature of the case. Defense notes there is a possibility that suspect pornography (whether someone is 16 or 18; illegal/legal) may try to be admitted and there may be issues surrounding that.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**
        Government: None filed. **Due on or before April 18, 2023.**
        Defendant: None filed. **Due on or before April 18, 2023**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before April 26, 2023.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before April 26, 2023.**

**TRIAL SETTING**: Criminal jury trial docket set for May 1, 2023.

    **Please note:** The Government requests the first week, especially considering the anticipated length of trial.

    **IT IS SO ORDERED.**

                                    */s/ Lajuana M. Counts*
                                    LAJUANA M. COUNTS
                                    UNITED STATES MAGISTRATE JUDGE