**UNITED STATES DISTRICT COURT**
**UNITED STATES COURTHOUSE**
**222 N. JOHN Q. HAMMONS PARKWAY**
**SPRINGFIELD, MISSOURI 65806**

David P. Rush, Chief Magistrate Judge       (417) 865-3761

April 14, 2023

The Honorable Beth Phillips
United States District Court
Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: May 1, 2023 Joint Criminal Jury Trial Docket

Dear Chief Judge Phillips:

Magistrate Judges Epps, Counts, Morris, Gaddy and I have completed pretrial conferences for all cases set on the May 1, 2023 Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend the following cases be scheduled and assigned for trial.

### Week of May 1, 2023

#### KANSAS CITY

| CASE NO. | DEFENDANTS | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 19-00263-01-CR-W-DGK | Lester E. Brown IN CUSTODY | Kays | 8 days 5/1 (Mon.) |

Notes: Attorneys/Defendant must be present at 8:00 a.m. Jury selection at 9:00 a.m.

| | | | |
|---|---|---|---|
| 22-06005-02-CR-SJ-DGK | Michael A. Hardin ON BOND | Ketchmark | 3 days 5/1 (Mon.) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

#### SPRINGFIELD

| CASE NO. | DEFENDANTS | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 20-03046-04-CR-S-BP | Elmer E. Freeman, Jr. | Bough | 4 days |
| 20-03046-09-CR-S-BP | Robert D. Huddleston BOTH IN CUSTODY | | 5/1 (Mon.) |

Notes: Attorneys/Defendants must be present at 8:30 a.m. Jury selection at 9:00 a.m.

#### JEFFERSON CITY

No trials

## Week of May 8, 2023

### KANSAS CITY

| CASE NO. | DEFENDANTS | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 20-06002-01-CR-SJ-DGK | Clint Robert Schram IN CUSTODY | Bough | 6-7 days 5/8 (Mon.) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

| | | | |
|---|---|---|---|
| 21-00079-01-CR-W-DGK | Byron Williams IN CUSTODY | Wimes | 4 days 5/9 (Tues.) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

| | | | |
|---|---|---|---|
| 22-00243-01-CR-W-HFS | Steven C. Danner IN CUSTODY | Phillips | 3 days 5/10 (Wed.) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

### SPRINGFIELD

No trials

### JEFFERSON CITY

| CASE NO. | DEFENDANTS | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 22-04018-01-CR-JC-BCW | Jesse Wayne Thomas ON BOND | To be assigned | 2 days 5/8 (Mon.) |

Notes: Attorneys/Defendant must be present at 8:30 a.m. Jury selection at 9:00 a.m.

If you have any questions, please contact me at your convenience.

Sincerely,
/s/ *David P. Rush*
DAVID P. RUSH
United States Magistrate Judge

cc via e-mail:
| | | |
|---|---|---|
| Honorable D. Gregory Kays | Honorable Jill A. Morris | |
| Honorable Brian C. Wimes | Honorable W. Brian Gaddy | Mr. Gary Broyles, Jr. |
| Honorable M. Douglas Harpool | Honorable John T. Maughmer | Probation/Pretrial Services |
| Honorable Stephen R. Bough | Honorable Robert E. Larsen | Mr. Jeff Valenti |
| Honorable Roseann A. Ketchmark | Honorable Sarah W. Hays | United States Marshal |
| Honorable Howard F. Sachs | Ms. Paige Wymore-Wynn | All Courtroom Deputies |
| Honorable Dean Whipple | Mr. Randall Henderson | All Judicial Assistants |
| Honorable Fernando J. Gaitan, Jr. | Ms. Laura Bax | Ms. Kathy Calvert |
| Honorable Gary A. Fenner | Ms. Elvia Farley | Ms. Karen Graves |
| Honorable Nanette K. Laughrey | Ms. Stacy O'Connor | Ms. Cheryl Labrecque |
| Honorable Willie J. Epps, Jr. | Mr. Steve Burch | Ms. Netra Sreeprakash |
| Honorable Lajuana M. Counts | Ms. Terri Moore | Ms. Rebecca Suroff |