IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>CLINT ROBERT SCHRAM<br><br>                          Defendant. | Case No. 20-06002-01-CR-SJ-DGK |

## GOVERNMENT'S WITNESS LIST FOR TRIAL

The United States of America may call the following witnesses at the trial in the above-captioned case:

1. Detective David Albers
   Kansas City, Missouri Police Department

2. Special Agent Peter Amodeo
   Homeland Security Investigations

3. Special Agent David Backlund
   Federal Bureau of Investigation

4. Special Agent Aaron Butzin
   Federal Bureau of Investigation

5. Digital Forensic Examiner Amy Corrigan
   Federal Bureau of Investigation

6. Special Agent Ashley Davis
   Federal Bureau of Investigation

7. SSA Jessica Diggons
   Federal Bureau of Investigation

8. James Fottrell
   Dept. of Justice, Criminal Division, Child Exploitation and Obscenity Section

9. SSA Jordan Hadfield
   Federal Bureau of Investigation

10. Detective Brian Karlstrand
    Gladstone, Missouri Police Department

11. Matthew Niecko
    Formerly Core Civic America, Leavenworth Detention Center

12. Special Agent Tracie Smith
    Federal Bureau of Investigation

13. Former Special Agent Jeffrey Stetler
    Federal Bureau of Investigation (Retired)

Respectfully submitted,

Teresa A. Moore
United States Attorney

By  /s/Alison D. Dunning

Alison D. Dunning
David Luna
Assistant United States Attorneys
Special Victims Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri  64106
Telephone:  (816) 426-3122
Alison.Dunning@usdoj.gov

Kyle P. Reynolds
Trial Attorney
Authorized to practice under L.R. 83.5(i)
1301 New York Avenue, NW
Washington, DC 2005
Telephone: (202) 616-2842

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was delivered on April 21, 2023, to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                        */s/Alison D. Dunning*
                                        Alison D. Dunning
                                        Assistant United States Attorney