## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                             Case No. 20-06002-01-CR-SJ-DGK

CLINT ROBERT SCHRAM,

                Defendant.

## GOVERNMENT'S LIST OF EXHIBITS

        Comes now the United States of America by the undersigned counsel and files the attached list

of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

                        Respectfully submitted,

                        Teresa A. Moore
                        United States Attorney

              By    */s/Alison D. Dunning*

                        Alison D. Dunning
                        David Luna
                        Assistant United States Attorneys
                        Special Victims Unit
                        Charles Evans Whittaker Courthouse
                        400 East Ninth Street, Suite 5510
                        Kansas City, Missouri   64106
                        Telephone:   (816) 426-3122
                        Alison.Dunning@usdoj.gov

                        Kyle P. Reynolds
                        Trial Attorney
                        Authorized to practice under L.R. 83.5(i)
                        1301 New York Avenue, NW
                        Washington, DC 2005
                        Telephone: (202) 616-2842

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned hereby certifies that a copy of the foregoing was delivered on April 21, 2023, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                  */s/Alison D. Dunning*
                                                  Alison D. Dunning
                                                  Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                            Case No. 20-06002-01-CR-SJ-DGK

CLINT ROBERT SCHRAM,

                Defendant.

## E X H I B I T S

| | | |
|---|---|---|
| ✔ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| **I.** | | | | **Screenshots and Downloads from Websites A, B, C, and D**   (1 - 99) |
| 1 | | | | Screenshot of Website A Login/Home Page |
| 2 | | | | Screenshot of Website A Chat Window |
| 3 | | | | Screenshot of Website A Chat Window |
| 4 | | | | Screenshot of Website A Chat Window |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 5 | | | | Screenshot of Website A Chat Window |
| 6 | | | | Screenshot of Website A Chat Window |
| 7 | | | | Thumbnails of Files Obtained Through Website A (OBSCENE) |
| 7A | | | | "K…mp4" Video (OBSCENE) (Physical Item) |
| 7B | | | | Contact Sheet for "K…mp4" Video (OBSCENE) |
| 7C | | | | Screenshots of "K…mp4" Video (OBSCENE) |
| 7D | | | | "2017…mp4" Video (OBSCENE) (Physical Item) |
| 7E | | | | Contact Sheet for "2017…mp4" Video (OBSCENE) |
| 7F | | | | "(P…mp4" Video (OBSCENE) (Physical Item) |
| 7G | | | | Contact Sheet for "(P…mp4" Video (OBSCENE) |
| 7H | | | | Screenshot of Website A Logout Screen |
| 8 | | | | Screenshot of Website B Login/Home Pages |
| 9A | | | | Screenshot of Website B Chat Screen |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 9B | | | | Screenshot of Website B Chat Screen |
| 10 | | | | Expanded View of Website B Tags |
| 11 | | | | Website B Chat Screen |
| 12A | | | | "l…jpg" Image File (OBSCENE) |
| 12B | | | | "10 Cuties" Thumbnail Images (OBSCENE) |
| 13 | | | | Screenshot of Website C Login/Home Page |
| 14 | | | | Expanded View of Website C Tags |
| 15 | | | | Screenshot of Website C Chat Screen |
| 16A | | | | Contact Sheet for "full…mp4" (OBSCENE) |
| 16B | | | | Multiple Videos "8…mp4" (OBSCENE) (Physical Item) |
| 16C | | | | Thumbnail View of "8…mp4" Videos (OBSCENE) |
| 16D | | | | Contact Sheets for "8…mp4" Videos (OBSCENE) |
| 17 | | | | Screenshot of Website D Home/Login Page |

Page 3

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 18 | | | | Screenshot of Website D Chat Window |
| 19A | | | | "full…mp4" Video (OBSCENE) (Physical Item) |
| 19B | | | | Contact Sheet for "full…mp4" Video (OBSCENE) |
| 20A | | | | "Safety" Page |
| 20B | | | | Screenshot of "Safety" Page |
| 20C | | | | Screenshot of "Safety" Page |
| 21 | | | | Screenshot of Website A Staff Notes |
| 22 | | | | Website A Staff Notes |
| 22A | | | | Website A Guide |
| 22B | | | | Website A Guide |
| 22C | | | | Website A Guide |
| 22D | | | | Website A Guide |
| 22E | | | | Website A Guide |

Page 4

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 23 | | | | Website A Staff Notes |
| 24 | | | | Screenshot of Website A Chat Screen |
| 25 | | | | Screenshot of Website A Chat Screen |
| **II. Google Content** – (100-199) | | | | |
| 100 | | | | 12.23.18 ClintRSchram Gmail – Google search – Hidden service hosting |
| 101 | | | | 12.21.18 ClintRSchram Gmail – Google search – Whonix |
| 102 | | | | 4.18.19 ClintRSchram Gmail – Google search – Russian teen porn |
| 103 | | | | 4.28.19 ClintRSchram Gmail – Google search – Russian teen porn |
| 104 | | | | 1.17.20 ClintRSchram Gmail – Google search – [term relating to Website D] |
| 105 | | | | 1.19.20 ClintRSchram Gmail – Google search - Torguard |
| 106 | | | | 1.22.20 ClintRSchram Gmail – Google search – [term relating to Website D] |

Page 5

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 107 | | | | 1.13.20 Email to ClintRSchram Gmail from Torguard – Invoice |
| 108 | | | | 1.13.20 Email to ClintRSchram Gmail from Torguard – Payment |
| 109 | | | | 1.13.20 Email to ClintRSchram Gmail from Torguard – VPN Activation |
| 110 | | | | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service |
| 111 | | | | 3.5.19 ClintSchram Gmail – Google search – Create a vanity onion |
| 112 | | | | 3.5.19 Clint Schram Gmail – Google search – Tor hidden service setup |
| 113 | | | | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service |
| 114 | | | | 3.5.19 ClintSchram Gmail – Google search – How to host your own Tor hidden service |
| 115 | | | | 3.6.19 ClintSchram Gmail – Google search – How to set up a deep website |
| 116 | | | | 7.31.19 ClintSchram Gmail – Google search – GNU privacy guard |

Page 6

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 117 | | | | 8.16.19 ClintSchram Gmail – Google search – Disk encryption |
| 118 | | | | 8.16.19 ClintSchram Gmail – Google search – How to hide and encrypt your files like the CIA |
| 119 | | | | 8.16.19 ClintSchram Gmail – Google search – OPSEC (operational security) |
| 120 | | | | 8.20.19 ClintSchram Gmail – Google search – Latest Pedobear GIFs |
| 121 | | | | 8.22.19 ClintSchram Gmail – Google search – VPN Articles |
| 122 | | | | 8.28.19 ClintSchram Gmail – Google search – Whonix and Kali Linux |
| 123 | | | | 9.9.19 ClintSchram Gmail – Google search – [term relating to Website D] |
| 124 | | | | 9.14.19 ClintSchram Gmail – Google search – Metadata Anonymization Toolkit |
| 125 | | | | 11.10.19 ClintSchram Gmail – Google search - Linux distros |
| 126 | | | | Rule 902 Certificate of Authenticity – ClintRSchram Gmail |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 127 | | | | Rule 902 Certificate of Authenticity – ClintSchram Gmail |

**III. Photos Taken and Devices Seized from 8524 Ava Avenue, Kansas City, Missouri** – (200-299)

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 200 | | | | Search Warrant Photo (SCHR_00990) |
| 201 | | | | Search Warrant Photo (SCHR_00995) |
| 202 | | | | Gray Samsung Galaxy S8, Model: SM-G50U (Physical Item) |
| 203 | | | | Search Warrant Photo (SCHR_01019) |
| 204 | | | | Search Warrant Photo (SCHR_01020) |
| 205 | | | | Search Warrant Photo (SCHR_01076) |
| 206 | | | | Search Warrant Photo (SCHR_01077) |
| 207 | | | | HP Pavilion Tower, Model: 510-P114 (Physical Item) |
| 208 | | | | 2TB SATA Hard Drive (Physical Item) |
| 209 | | | | Search Warrant Photo (SCHR_01023) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 210 | | | | Search Warrant Photo (SCHR_01025) |
| 211 | | | | 64GB PNY USB Drive (Physical Item) |
| 212 | | | | Search Warrant Photo (SCHR_01071) |
| 213 | | | | Search Warrant Photo (SCHR_01074) |
| 214 | | | | Western Digital WD Elements Hard Drive (Physical Item) |
| 215 | | | | Search Warrant Photo (SCHR_01070) |
| 216 | | | | Search Warrant Photo (SCHR_01039) |
| 217 | | | | Search Warrant Photo (SCHR_01054) |
| 218 | | | | Search Warrant Photo (SCHR_01055) |
| **IV.  Forensic evidence from devices** – (300-499) | | | | |
| 300 | | | | Clint R. Schram resume (from 4TB External Drive) |
| 301 | | | | Clint R. Schram thank you letter dated April 3, 2019 (from 4TB External Drive) |

Page 9

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 302 | | | | Clint R. Schram thank you letter dated April 5, 2019 (from 4TB External Drive) |
| 303 | | | | Screenshot of desktop – Randstad ADP Employee Identification Number for Clint Schram (from 4TB External Drive) |
| 304 | | | | Screenshot of desktop – Randstad ADP Employee Eligibility Verification for Clint Schram (from 4TB External Drive) |
| 305 | | | | Screenshot of desktop – Website A home page (from 4TB External Drive)   (OBSCENE) |
| 306 | | | | Screenshot of desktop – Website A Administrative functions page (from 4TB External Drive) |
| 307 | | | | Screenshot of desktop – Website A chat (from 4TB External Drive) |
| 308 | | | | Screenshot of desktop – Website A chat (from 4TB External Drive) |
| 309 | | | | Screenshot of desktop – Website A test chat (from 4TB External Drive) |
| 310 | | | | Screenshot of desktop – Website A test chat (from 4TB External Drive) |

Page  10

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 311 | | | | Screenshot of desktop – Website A test chat (from 4TB External Drive) (OBSCENE) |
| 312 | | | | Screenshot of desktop – Website B home page (from 4TB External Drive) (OBSCENE) |
| 313 | | | | Screenshot of desktop – Website B testing/training chat (from 4TB External Drive) |
| 314 | | | | Screenshot of desktop – Website B testing/training chat (from 4TB External Drive) |
| 315 | | | | Screenshot of desktop – Website B chat (from 4TB External Drive) |
| 316 | | | | Screenshot of desktop – ThePedoWiki Main Page (from 4TB External Drive) (OBSCENE) |
| 317 | | | | Screenshot of desktop – Topic Links 2.0 (from 4TB External Drive) |
| 318 | | | | Screenshot of desktop – Website C home page (from 4TB External Drive) |
| 319 | | | | Screenshot of desktop – Logos (from 4TB External Drive) |
| 320 | | | | Screenshot of desktop – Website C home page (from 4TB External Drive) (OBSCENE) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 321 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 322 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 323 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) (OBSCENE) |
| 324 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 325 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 326 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 327 | | | | Screenshot of desktop – Website C chat (from 2TB External Drive) |
| 328 | | | | Screenshot of desktop – Gifs (from 4TB External Drive |
| 329 | | | | How to host a hidden service with a LEMP stack html (from 2TB from HP desktop) |
| 330 | | | | Screenshot of desktop – Whonix Workstation and The Pedo's Whonix Guide (from 2TB from HP desktop) |

Page 12

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 331 | | | | The Pedo's Whonix Guide (from 2TB from HP desktop) |
| 332 | | | | Whonix Guide (full text) |
| 333 | | | | Bash history (from 2TB from HP desktop) |
| 334 | | | | Powerpoint summary – Whonix Guide and bash history |
| 335 | | | | Screenshot of desktop – Web Design Tutorials and Articles (from 4TB External Drive) |
| 336 | | | | Screenshot of desktop – Oracle VM VirtualBox Manager (from 2TB from HP desktop) |
| 337 | | | | Screenshot of desktop – Google speed test (from 2TB from HP desktop) (OBSCENE) |
| 338 | | | | Screenshot of desktop – GPA GNU Privacy Assistant and TorGuard (from 4TB External Drive) |
| 339 | | | | Screenshot of desktop –GNU Privacy Assistant – Generate Key (from 4TB External Drive) |
| 340 | | | | Screenshot of desktop – Metadata Anonymisation Toolkit GNU (from 4TB External Drive) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 341 | | | | Screenshot of desktop – Tor Browser Preferences – Security Level (from 4TB External Drive) (OBSCENE) |
| 342 | | | | Screenshot of desktop – Safety and Security advice for on-topic browsing the dark web (from 4TB External Drive) |
| 343 | | | | Screenshot of desktop – Downloading Tails upgrade (from 4TB External Drive) (OBSCENE) |
| 344 | | | | Screenshot of desktop – LEA & Antis (from 4TB External Drive) |
| 345 | | | | Screenshot of desktop – 3 ways to get busted on the Dark Web (from 4TB External Drive) |
| 346 | | | | Screenshot of desktop – Dark web crime markets targeted by recurring DDoS attacks (from 4TB External Drive) |
| 347 | | | | Screenshot of desktop – 7 Ways the Cops Will Bust You on the Dark Web (from 4TB External Drive) |
| 348 | | | | Screenshot of desktop – Meet the Hacker Who Busts Child Pornographers on the Dark Net (from 4TB External Drive) |
| 349 | | | | Screenshot of desktop – The scariest hacks and vulnerabilities of 2019 (from 4TB External Drive) |

Page  14

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 350 | | | | Screenshot of desktop – child exploitation chat (from 4TB External Drive) |
| 351-400 | | | | RESERVED |
| 401 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 402 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 403 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 404 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 405 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 406 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 407 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 408 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 409 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 410 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 411 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 412 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 413 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 414 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 415 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 416 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 417 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 418 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 419 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| 420 | | | | Image file from hard drive (CHILD PORNOGRAPHY) |
| **V.  Drawings Obtained from Clint Schram** – (500-599) | | | | |
| 500 | | | | "Pedo Park" Drawing |
| **VI.  Excerpts of Schram Interview** – (600-699) | | | | |
| 601 | | | | 16:02-16:29 (Transcript (Tr.) pp. 11-12) |

Page 16

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 602 | | | | 18:09-19:20 (Tr. pp. 13-14) |
| 603 | | | | 21:08-22:27 (Tr. pp. 15-16) |
| 604 | | | | 24:19-25:00 (Tr. p. 18) |
| 605 | | | | 26:52-27:06 (Tr. p. 19) |
| 606 | | | | 27:52-29:08 (Tr. pp. 20-21) |
| 607 | | | | 29:28-31:33 (Tr. pp 21-23) |
| 608 | | | | 32:11-32:37 (Tr. p. 23) |
| 609 | | | | 33:40-34:34 (Tr. pp. 24-25) |
| 610 | | | | 35:33-36:31 (Tr. pp. 26-27) |
| 611 | | | | 38:04-38:32 (Tr. p. 28) |
| 612 | | | | 41:17-42:54 (Tr. pp. 30-31) |
| 613 | | | | 53:48-54:01 (Tr. p. 39) |
| 614 | | | | 57:24-58:31 (Tr. pp. 42-43) |

Page 17

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 615 | | | | 59:05-1:00:02 (Tr. pp. 43-44) |
| 616 | | | | 1:01:29-1:02:06 (Tr. p. 46) |
| 617 | | | | 1:07:18-1:07:58 (Tr. p. 51) |
| 618 | | | | 1:08:39-1:09:11 (Tr. p. 52) |
| 619 | | | | 1:09:31-1:12:28 (Tr. pp. 52-54) |
| 620 | | | | 1:14:51-1:15:14 (Tr. p. 56) |
| 621 | | | | 1:50:12-1:51:03 (Tr. p. 75) |
| 622 | | | | 1:53:52-1:54:46 (Tr. p. 77) |
| 623 | | | | 1:55:47-1:56:21 (Tr. p. 78) |
| 624 | | | | 1:57:25-1:57:51 (Tr. p. 79) |
| 625 | | | | 2:00:53-2:01:11 (Tr. pp. 81-82) |
| 626 | | | | 2:01:40-2:02:22 (Tr. pp. 82-83) |
| 627 | | | | 2:02:58-2:03:21 (Tr. p. 83) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 628 | | | | 2:07:58-2:08:58 (Tr. pp. 87-88) |
| 629 | | | | 2:10:16-2:11:27 (Tr. pp. 89-90) |
| 630 | | | | 2:16:11-2:16:26 (Tr. p. 93) |
| **VII.** **Documents and Records** – (700-799) | | | | |
| 700 | | | | Demonstrative exhibit (Jim Fottrell) |
| 701 | | | | Report (FD-302) of FBI SA Aaron Butzin dated March 27, 2023 (SCHR_05038) |
| 702 | | | | HARCFL Report of Examination dated March 25, 2021, signed by Examiners Brian Karlstrand and Amy Corrigan (SCHR_04840–04851) |
| 703 | | | | Transcript of Clint Schram's interview (Redacted) |
| 704 | | | | United States' Notice of Expert Witnesses Pursuant to Federal Rule of Criminal Procedure 16 (ECF No. 71) |

Page 19