**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 20-06002-01-CR-SJ-DGK |
| CLINT ROBERT SCHRAM, | |
| Defendant. | |

### GOVERNMENT'S AMENDED LIST OF EXHIBITS

Comes now the United States of America by the undersigned counsel and files the attached amended list of exhibits which the Government may offer at trial and requests leave to further amend this list as needed.

Respectfully submitted,

Teresa A. Moore
United States Attorney

By      */s/Alison D. Dunning*

Alison D. Dunning
David Luna
Assistant United States Attorneys
Special Victims Unit
Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri   64106
Telephone:   (816) 426-3122
Alison.Dunning@usdoj.gov

Kyle P. Reynolds
Trial Attorney
Authorized to practice under L.R. 83.5(i)
1301 New York Avenue, NW
Washington, DC 2005
Telephone: (202) 616-2842

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 7, 2023, to the Electronic filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/Alison D. Dunning
Alison D. Dunning
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | Case No. 20-06002-01-CR-SJ-DGK | |
| CLINT ROBERT SCHRAM, | | |
| Defendant. | | |

**E X H I B I T S**

| | | |
|---|---|---|
| ✔ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| **I.** **Screenshots and Downloads from Websites A, B, C, and D** (1 - 99) | | | | |
| 1 | | | | Screenshot of Website A Login/Home Page |
| 2 | | | | Screenshot of Website A Chat Window |
| 3 | | | | Screenshot of Website A Chat Window |
| 4 | | | | Screenshot of Website A Chat Window |

Case 5:20-cr-06002-SRB   Document 91   Filed 05/07/23   Page 3 of 23

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 5 | | | | Screenshot of Website A Chat Window |
| 6 | | | | Screenshot of Website A Chat Window |
| 7 | | | | Thumbnails of Files Obtained Through Website A (OBSCENE) |
| 7A | | | | "K…mp4" Video (OBSCENE) (Physical Item) |
| 7B | | | | Contact Sheet for "K…mp4" Video (OBSCENE) |
| 7C | | | | Screenshots of "K…mp4" Video (OBSCENE) |
| 7D | | | | "2017…mp4" Video (OBSCENE) (Physical Item) |
| 7E | | | | Contact Sheet for "2017…mp4" Video (OBSCENE) |
| 7F | | | | "(P…mp4" Video (OBSCENE) (Physical Item) |
| 7G | | | | Contact Sheet for "(P…mp4" Video (OBSCENE) |
| 7H | | | | Screenshot of Website A Logout Screen (OBSCENE) |
| 8 | | | | Screenshot of Website B Login/Home Pages |
| 9A | | | | Screenshot of Website B Chat Screen |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 9B | | | | Screenshot of Website B Chat Screen |
| 10 | | | | Expanded View of Website B Tags |
| 11 | | | | Website B Chat Screen |
| 12A | | | | "1…jpg" Image File (OBSCENE) |
| 12B | | | | "10 Cuties" Thumbnail Images (OBSCENE) |
| 13 | | | | Screenshot of Website C Login/Home Page |
| 14 | | | | Expanded View of Website C Tags |
| 15 | | | | Screenshot of Website C Chat Screen |
| 16A | | | | Contact Sheet for "full…mp4" (OBSCENE) |
| 16B | | | | Multiple Videos "8…mp4" (OBSCENE) (Physical Item) |
| 16C | | | | Thumbnail View of "8…mp4" Videos (OBSCENE) |
| 16D | | | | Contact Sheets for "8…mp4" Videos (OBSCENE) |
| 17 | | | | Screenshot of Website D Home/Login Page |

Page 3

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 18 | | | | Screenshot of Website D Chat Window |
| 19A | | | | "full…mp4" Video (OBSCENE) (Physical Item) |
| 19B | | | | Contact Sheet for "full…mp4" Video (OBSCENE) |
| 20A | | | | "Safety" Page (OBSCENE) |
| 20B | | | | Screenshot of "Safety" Page |
| 20C | | | | Screenshot of "Safety" Page |
| 21 | | | | Screenshot of Website A Staff Notes |
| 22 | | | | Website A Staff Notes |
| 22A | | | | Website A Guide |
| 22B | | | | Website A Guide |
| 22C | | | | Website A Guide |
| 22D | | | | Website A Guide |
| 22E | | | | Website A Guide |

Page 4

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 23 | | | | Website A Staff Notes |
| 24 | | | | Screenshot of Website A Chat Screen |
| 25 | | | | Screenshot of Website A Chat Screen |
| 26 | | | | 7A clip - "K…mp4" Video (OBSCENE) (Physical Item) |
| 27 | | | | 7D clip - "2017…mp4" Video (OBSCENE) (Physical Item) |
| 28 | | | | 16B clip - Sample1.mp4 (from Multiple Videos "8…mp4") (OBSCENE) (Physical Item) |
| 29 | | | | 16B clip – Sample2.mp4 (from Multiple Videos "8…mp4") (OBSCENE) (Physical Item) |
| 30 | | | | 19A clip – "full…mp4" Video (OBSCENE) (Physical Item) |
| 31-50 | | | | RESERVED |
| 51 | | | | Website A Chat (Redacted) |
| 52 | | | | Website C Login Page |
| 53 | | | | Website C Chat |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 54 | | | | Website A Chat |
| 55 | | | | Website B Login Page |
| 56 | | | | Website B Chat |
| 57 | | | | Website B Chat |
| **II.** **Google Content** – (100-199) | | | | |
| 100 | | | | 12.23.18 ClintRSchram Gmail – Google search – Hidden service hosting |
| 101 | | | | 12.21.18 ClintRSchram Gmail – Google search – Whonix |
| 102 | | | | 4.18.19 ClintRSchram Gmail – Google search – Russian teen porn |
| 103 | | | | 4.28.19 ClintRSchram Gmail – Google search – Russian teen porn |
| 104 | | | | 1.17.20 ClintRSchram Gmail – Google search – [term relating to Website D] |
| 105 | | | | 1.19.20 ClintRSchram Gmail – Google search - Torguard |

Page 6

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 106 | | | | 1.22.20 ClintRSchram Gmail – Google search – [term relating to Website D] |
| 107 | | | | 1.13.20 Email to ClintRSchram Gmail from Torguard – Invoice |
| 108 | | | | 1.13.20 Email to ClintRSchram Gmail from Torguard – Payment |
| 109 | | | | 1.13.20 Email to ClintRSchram Gmail from Torguard – VPN Activation |
| 110 | | | | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service |
| 111 | | | | 3.5.19 ClintSchram Gmail – Google search – Create a vanity onion |
| 112 | | | | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service setup |
| 113 | | | | 3.5.19 ClintSchram Gmail – Google search – How to host your own Tor hidden service |
| 114 | | | | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service |
| 115 | | | | 3.6.19 ClintSchram Gmail – Google search – How to set up a deep website |

Page 7

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 116 | | | | 7.31.19 ClintSchram Gmail – Google search – GNU privacy guard |
| 117 | | | | 8.16.19 ClintSchram Gmail – Google search – How to hide and encrypt your top secret files like the CIA |
| 118 | | | | 8.16.19 ClintSchram Gmail – Google search – Disk Encryption |
| 119 | | | | 8.16.19 ClintSchram Gmail – Google search – OPSEC (operational security) |
| 120 | | | | 8.20.19 ClintSchram Gmail – Google search – Latest Pedobear GIFs |
| 121 | | | | 8.22.19 ClintSchram Gmail – Google search – VPN Articles |
| 122 | | | | 8.28.19 ClintSchram Gmail – Google search – Whonix and Kali Linux |
| 123 | | | | 9.9.19 ClintSchram Gmail – Google search   - [term relating to Website D] |
| 124 | | | | 9.14.19 ClintSchram Gmail – Google search – Metadata Anonymization Toolkit |
| 125 | | | | 11.10.19 ClintSchram Gmail – Google search - Linux distros |

Page 8

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 126 | | | | Rule 902 Certificate of Authenticity – ClintRSchram Gmail |
| 127 | | | | Rule 902 Certificate of Authenticity – ClintSchram Gmail |
| 128 | | | | Clintrschram Gmail – subscriber information |
| 129 | | | | Clintschram Gmail – subscriber information |
| **III.** | | **Photos Taken and Devices Seized from 8524 Ava Avenue, Kansas City, Missouri** – (200-299) | | |
| 200 | | | | Search Warrant Photo (SCHR_01019) |
| 201 | | | | Search Warrant Photo (SCHR_01020) |
| 202 | | | | Search Warrant Photo (SCHR_01076) |
| 203 | | | | Search Warrant Photo (SCHR_01077) |
| 204 | | | | Search Warrant Photo (SCHR_01023) |
| 205 | | | | Search Warrant Photo (SCHR_01025) |
| 206 | | | | Search Warrant Photo (SCHR_01071) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 207 | | | | Search Warrant Photo (SCHR_01074) |
| 208 | | | | Search Warrant Photo (SCHR_01070) |
| 209 | | | | Search Warrant Photo (SCHR_01039) (Redacted) |
| 210 | | | | Search Warrant Photo (SCHR_01054) |
| 211 | | | | Search Warrant Photo (SCHR_01055) |
| 212 | | | | HP Pavilion Tower, Model: 510-P114 (Physical Item) |
| 213 | | | | 2TB SATA Hard Drive (Physical Item) |
| 214 | | | | 64GB PNY USB Drive (Physical Item) |
| 215 | | | | Western Digital WD Elements Hard Drive (Physical Item) |
| **IV.   Forensic evidence from devices** – (300-499) | | | | |
| 300 | | | | Clint R. Schram resume (from 4TB External Drive) |
| 301 | | | | Clint R. Schram thank you letter dated April 3, 2019 (from 4TB External Drive) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 302 | | | | Clint R. Schram thank you letter dated April 5, 2019 (from 4TB External Drive) |
| 303 | | | | Screenshot of desktop – Randstad ADP Employee Identification Number for Clint Schram (from 4TB External Drive) |
| 304 | | | | Screenshot of desktop – Randstad ADP Employee Eligibility Verification for Clint Schram (from 4TB External Drive) |
| 305 | | | | Screenshot of desktop – Website A home page (from 4TB External Drive)   (OBSCENE) |
| 305A | | | | Redacted copy of Exhibit # 305 |
| 306 | | | | Screenshot of desktop – Website A Administrative functions page (from 4TB External Drive) |
| 307 | | | | Screenshot of desktop – Website A chat (from 4TB External Drive) |
| 308 | | | | Screenshot of desktop – Website A chat (from 4TB External Drive) |
| 309 | | | | Screenshot of desktop – Website A test chat (from 4TB External Drive) |
| 310 | | | | Screenshot of desktop – Website A test chat (from 4TB External Drive) (OBSCENE) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 310A | | | | Redacted copy of Exhibit # 310 |
| 311 | | | | Screenshot of desktop – Website A test chat (from 4TB External Drive) (OBSCENE) |
| 311A | | | | Redacted copy of Exhibit # 311 |
| 312 | | | | Screenshot of desktop – Website B home page (from 4TB External Drive) (OBSCENE) |
| 312A | | | | Redacted copy of Exhibit # 312 |
| 313 | | | | Screenshot of desktop – Website B testing/training chat (from 4TB External Drive) |
| 314 | | | | Screenshot of desktop – Website B testing/training chat (from 4TB External Drive) |
| 315 | | | | Screenshot of desktop – Website B chat (from 4TB External Drive) |
| 316 | | | | Screenshot of desktop – ThePedoWiki Main Page (from 4TB External Drive) |
| 317 | | | | Screenshot of desktop – Topic Links 2.0 (from 4TB External Drive) |
| 318 | | | | Screenshot of desktop – Website C home page (from 4TB External Drive) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 319 | | | | Screenshot of desktop – Logos (from 4TB External Drive) |
| 320 | | | | Screenshot of desktop – Website C home page (from 4TB External Drive) (OBSCENE) |
| 320A | | | | Redacted copy of Exhibit # 320 |
| 321 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 322 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 323 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) (OBSCENE) |
| 323A | | | | Redacted copy of Exhibit # 323 |
| 324 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 325 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 326 | | | | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 327 | | | | Screenshot of desktop – Website C chat (from 2TB External Drive) |

Page 13

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 328 | | | | Screenshot of desktop – Gifs (from 4TB External Drive) |
| 329 | | | | How to host a hidden service with a LEMP stack html (from 2TB from HP desktop) |
| 330 | | | | Screenshot of desktop – Whonix Workstation and The Pedo's Whonix Guide (from 2TB from HP desktop) |
| 331 | | | | The Pedo's Whonix Guide (from 2TB from HP desktop) |
| 332 | | | | Whonix Guide (full text) |
| 333 | | | | Bash history (from 2TB from HP desktop) |
| 334 | | | | Powerpoint summary – Whonix Guide and bash history |
| 335 | | | | Screenshot of desktop – Web Design Tutorials and Articles (from 4TB External Drive) (OBSCENE) |
| 335A | | | | Redacted copy of Exhibit # 335 |
| 336 | | | | Screenshot of desktop – Oracle VM VirtualBox Manager (from 2TB from HP desktop) |
| 337 | | | | Screenshot of desktop – Google speed test (from 2TB from HP desktop) (OBSCENE) |

Page 14

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 337A | | | | Redacted copy of Exhibit # 337 |
| 338 | | | | Screenshot of desktop – GPA GNU Privacy Assistant and TorGuard (from 4TB External Drive) |
| 339 | | | | Screenshot of desktop –GNU Privacy Assistant – Generate Key (from 4TB External Drive) |
| 340 | | | | Screenshot of desktop – Metadata Anonymisation Toolkit GNU (from 4TB External Drive) |
| 341 | | | | Screenshot of desktop – Tor Browser Preferences – Security Level (from 4TB External Drive) |
| 342 | | | | Screenshot of desktop – Safety and Security advice for on-topic browsing the dark web (from 4TB External Drive) |
| 343 | | | | Screenshot of desktop – Downloading Tails upgrade (from 4TB External Drive) |
| 344 | | | | Screenshot of desktop – LEA & Antis (from 4TB External Drive) |
| 345 | | | | Screenshot of desktop – 3 ways to get busted on the Dark Web (from 4TB External Drive) |
| 346 | | | | Screenshot of desktop – Dark web crime markets targeted by recurring DDoS attacks (from 4TB External Drive) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 347 | | | | Screenshot of desktop – 7 Ways the Cops Will Bust You on the Dark Web (from 4TB External Drive) |
| 348 | | | | Screenshot of desktop – Meet the Hacker Who Busts Child Pornographers on the Dark Net (from 4TB External Drive) |
| 349 | | | | Screenshot of desktop – The scariest hacks and vulnerabilities of 2019 (from 4TB External Drive) |
| 350 | | | | Screenshot of desktop – child exploitation chat (from 4TB External Drive) |
| 351 | | | | File – ThePedoWiki password (from 4TB External Drive) |
| 352 | | | | File – Archive password (from 4TB External Drive) |
| 353 | | | | File – elude email password (from 4TB External Drive) |
| 354 | | | | File – admin password (from 4TB External Drive) |
| 355 | | | | File – Website A password (from 4TB External Drive) |
| 356 | | | | File – Website B private key document (from USB) |
| 357 | | | | File – Website C admin password (from 4TB External Drive) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 358 | | | | File – Website C password (from 4TB External Drive) |
| 359 | | | | Screenshot of desktop – folders and files (from 2TB from HP desktop) |
| 360 | | | | Screenshot of desktop – Website C File Manager (from 2TB from HP desktop) |
| 361 | | | | Screenshot of desktop – Website B test chat backups (from 4TB External Drive) |
| 362 | | | | Tor user specific configuration file (from 2TB from HP desktop) |
| 363 | | | | File - Password |
| 364-400 | | | | RESERVED |
| 401 | | | | Lab Results HAR –158 (HARCFL Item No. 135829) derivative evidence disk by FE Brian Karlstrand, dated 5.01.23 (Physical Item) |
| 402 | | | | Contact Sheet for 10yr shows…(OBSCENE) |
| 403 | | | | Contact Sheet for 11yo Cute…(OBSCENE) |
| 404 | | | | Contact Sheet for BW… (OBSCENE) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 405 | | | | Contact Sheet for Ch… show (OBSCENE) |
| 406 | | | | Contact Sheet for girl in… (OBSCENE) |
| 407 | | | | Contact Sheet for Inappropriate… (OBSCENE) |
| 408 | | | | Contact Sheet for pe8… (OBSCENE) |
| 409 | | | | Contact Sheet for Two…girls (OBSCENE) |
| 410 | | | | Contact Sheet for …7… (OBSCENE) |
| **V. Drawings Obtained from Clint Schram** – (500-599) | | | | |
| 500 | | | | "Pedo Park" Drawing |
| **VI. Excerpts of Schram Interview** – (600-699) | | | | |
| 601 | | | | 18:09-19:20 (Tr. pp. 13-14) |
| 602 | | | | 21:08-22:27 (Tr. pp. 15-16) |
| 603 | | | | 24:19-25:00 (Tr. p. 18) |
| 604 | | | | 26:52-27:06 (Tr. p. 19) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 605 | | | | 27:52-29:08 (Tr. pp. 20-21) |
| 606 | | | | 29:28-31:33 (Tr. pp 21-23) |
| 607 | | | | 32:11-32:37 (Tr. p. 23) |
| 608 | | | | 33:40-34:34 (Tr. pp. 24-25) |
| 609 | | | | 35:33-36:31 (Tr. pp. 26-27) |
| 610 | | | | 38:04-38:32 (Tr. p. 28) |
| 611 | | | | 41:17-42:54 (Tr. pp. 30-31) |
| 612 | | | | 53:48-54:01 (Tr. p. 39) |
| 613 | | | | 57:24-58:31 (Tr. pp. 42-43) |
| 614 | | | | 59:05-1:00:02 (Tr. pp. 43-44) |
| 615 | | | | 1:01:29-1:02:06 (Tr. p. 46) |
| 616 | | | | 1:07:18-1:07:58 (Tr. p. 51) |
| 617 | | | | 1:08:39-1:09:11 (Tr. p. 52) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 618 | | | | 1:09:31-1:12:28 (Tr. pp. 52-54) |
| 619 | | | | 1:14:51-1:15:14 (Tr. p. 56) |
| 620 | | | | 1:53:52-1:54:46 (Tr. p. 77) |
| 621 | | | | 1:55:47-1:56:21 (Tr. p. 78) |
| 622 | | | | 1:57:25-1:57:51 (Tr. p. 79) |
| 623 | | | | 2:00:53-2:01:11 (Tr. pp. 81-82) |
| 624 | | | | 2:02:58-2:03:21 (Tr. p. 83) |
| 625 | | | | 2:07:58-2:08:58 (Tr. pp. 87-88) |
| 626 | | | | 2:10:16-2:11:27 (Tr. pp. 89-90) |
| 627 | | | | 2:16:11-2:16:26 (Tr. p. 93) |
| **VII.** **Documents and Records** – (700-799) | | | | |
| 700 | | | | Demonstrative exhibit (Jim Fottrell) |
| 701 | | | | Report (FD-302) of FBI SA Aaron Butzin dated March 27, 2023 (SCHR_05038) |

Page 20

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 702 | | | | HARCFL Report of Examination dated March 25, 2021, signed by Examiners Brian Karlstrand and Amy Corrigan (SCHR_04840–04851) |
| 703 | | | | Transcript of Clint Schram's interview (Redacted) |
| 703A | | | | Transcript of Clint Schram's interview (Unredacted) |
| 704 | | | | United States' Notice of Expert Witnesses Pursuant to Federal Rule of Criminal Procedure 16 (ECF No. 71) |
| 705 | | | | Website Chart - Demonstrative |
| 706 | | | | HARCFL Technical Report dated April 20, 2023, signed by Examiner Brian Karlstrand (SCHR_06806) |
| 707 | | | | HARCFL SATA hard drive - derivative evidence (HARCFL125322) (Physical Item) |
| 708 | | | | HARCFL Technical Report dated May 1, 2023, signed by Examiner Brian Karlstrand |