# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Date: May 8, 2023 |
| vs. ) | Case No. 20-06002-01-CR-SJ-SRB |
| ) | |
| CLINT ROBERT SCHRAM, ) | |
| Defendant. ) | |

## MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough, presiding at Kansas City, Missouri

| | |
|---|---|
| Nature of Proceeding: | Criminal Jury Trial – DAY 1 |
| Time Commenced: | 8:31 a.m.      Time Terminated: 4:57 p.m. |

| | | | |
|---|---|---|---|
| **Plaintiff by:** | Alison Dunning, AUSA<br>Kyle Reynolds, AUSA<br>David Luna, AUSA | **Defendant by:** | John Osgood |

| Proceedings | Witnesses |
|---|---|
| Court in session at 8:31 a.m. Counsel and defendant present. Court takes up pretrial matters outside the presence of the jury. Court in recess at 8:54 a.m. Court in session at 9:01 a.m. Counsel and defendant present. Court takes up pretrial matters outside the presence of the jury. Court in recess at 9:05 a.m. Counsel and defendant present. Court takes up pretrial matters outside the presence of the jury. Court in recess at 9:06 a.m. Court in session at 9:21 a.m. Counsel and defendant present. Panel of 70 jurors seated and sworn. Court begins voir dire at 9:34 a.m. Panel released for break at 10:20. Court takes up matters outside the presence of the jury. Court is in recess at 10:22 a.m. Counsel and defendant present. Panel of jurors is seated. Court resumes voir dire at 10:437 a.m. Government begins Voir Dire at 10:41 a.m. Defendant begins Voir Dire at 11:46 a.m. Panel released for break at 12:01 p.m. Counsel and defendant present. Court takes up strikes. Court in recess at 12:05 p.m. Court in session at 12:44 p.m. Counsel and defendant present. Court makes a record regarding strikes. Panel returns to the courtroom at 12:52 p.m. Court reads the names of the selected jurors. Panel is released. Jury is sworn. Jury is released for lunch. Court is in Recess at 12:56 p.m. Court in session at 1:44 p.m. Counsel and defendant present. Court takes up matters outside the presence of the jury. Jury returns to the courtroom at 2:15 p.m. Court reads initial instructions. Plaintiff begins opening statements at 2:31 p.m. Defendant begins opening statements at 2:47 p.m. Government begins case-in-chief. Government calls Special Agent Tracie Smith. Witness sworn. Direct examination begins at 3:01 p.m. Jury is in recess at 4:17 p.m. Court takes up matters outside the presence of the jury. Court is in recess at 4:18 p.m. Court is in session at 4:24 p.m. Counsel and defendant present. Jury returns to the courtroom. Direct examination of Tracie Smith resumes. Jury is released for the evening. Court is in recess at 4:57 p.m. | **Tracie Smith**<br>3:01 p.m. – 4:17 p.m.<br>4:24 p.m. – 4:57 p.m. |

Court Reporter Gayle Wambolt                    Courtroom Deputy Tracey Richard