IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | | | |
|---|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | | |
| | ) | | | |
| Plaintiff, | ) | | | |
| | ) | Date: | May 9, 2023 | |
| vs. | ) | Case No. | 20-06002-01-CR-SJ-SRB | |
| | ) | | | |
| CLINT ROBERT SCHRAM, | ) | | | |
| | ) | | | |
| Defendant. | ) | | | |

MINUTES OF JURY TRIAL

HONORABLE Stephen R. Bough, presiding at Kansas City, Missouri

| | | |
|---|---|---|
| Nature of Proceeding: | Criminal Jury Trial – DAY 2 | |
| Time Commenced: | 8:44 a.m. | Time Terminated: 4:41 p.m. |

| | | | |
|---|---|---|---|
| **Plaintiff by:** | Alison Dunning, AUSA | **Defendant by:** | John Osgood |
| | Kyle Reynolds, AUSA | | |
| | David Luna, AUSA | | |

| Proceedings | Witnesses |
|---|---|
| Court in session at 8:44 a.m. Counsel and defendant present. Jury seated. Direct examination of Special Agent Tracie Smith resumes. Cross examination begins at 9:32 a.m. Witness is excused at 9:59 a.m. Court is in recess at 10:00 a.m. Court is in session. Counsel and defendant present. Jury is seated. Government calls Special Agent David Backlund. Witness is sworn. Direct examination begins at 10:11 a.m. Cross examination begins at 10:54 a.m. Witness is excused at 11:07. Government calls James Fottrell. Witness is sworn. Direct examination begins at 11:08 a.m. Cross examination begins at 11:37 a.m. Redirect examination begins at 12:09 p.m. Witness is excused. Court is in recess at 12:11 p.m. Court is in session. Counsel and defendant present. Jury is seated. Government calls SSA Jordan Hadfield. Witness is sworn. Direct examination begins at 1:13 p.m. Cross examination begins at 1:58 p.m. Witness is excused at 2:01 p.m. Government calls Special Agent Ashley Davis. Witness is sworn. Direct examination begins at 2:02 p.m. Cross examination begins at 2:26 p.m. Witness is excused at 2:26 p.m. Court is in recess at 2:26 p.m. Court is in session. Counsel and defendant present. Jury is seated. Government calls Special Agent Aaron Butzin. Witness is sworn. Direct examination begins at 2:42 p.m. Cross examination begins at 3:28 p.m. Redirect examination begins at 3:38 p.m. Recross examination at 3:41 p.m. Witness is released at 3:43 p.m. Government calls Detective Brain Karlstrand. Witness is sworn. Direct examination begins at 3:44 p.m. Cross examination begins at 4:34 p.m. Witness excused at 4:39 p.m. Jury released for the day. Court in recess for the day at 4:41 p.m. | **Tracie Smith** <br> 8:44 am – 9:32 a.m. <br> 9:32 a.m. – 9:59 a.m. <br> **David Backlund** <br> 10:11 a.m. – 10:54 a.m. <br> 10:54 a.m. – 11:07 a.m. <br> **James Fottrell** <br> 11:08 a.m. – 11:37 a.m. <br> 11:37 a.m. – 12:09 p.m. <br> 12:09 p.m. – 12:11 p.m. <br> **Jordan Hadfield** <br> 1:13 p.m. – 1:58 p.m. <br> 1:58 p.m. – 2:01 p.m. <br> **Ashley Davis** <br> 2:02 p.m. – 2:26 p.m. <br> 2:26 p.m. – 2:26 p.m. <br> **Aaron Butzin** <br> 2:42 p.m. – 3:28 p.m. <br> 3:28 p.m. – 3:38 p.m. <br> 3:38 p.m. – 3:41 p.m. <br> 3:41 p.m. – 3:43 p.m. <br> **Brian Karlstrand** <br> 3:44 p.m. – 4:34 p.m. <br> 4:34 p.m. – 4:39 p.m. |

Court Reporter:  Gayle Wambolt                    By Courtroom Deputy:  Tracey Richard