# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CLINT ROBERT SCHRAM,

        Defendant.

Case No. 20-06002-01-CR-SJ-DGK

## Government's EXHIBITS

✔  =  Offered & admitted without objection.
X.  =  Offered & admitted over objection.
Ex.  =  Offered, but objected to and excluded.
N.O.  =  Marked but not offered.
D.B.  =  Admitted, _de bene_.
W.D.  =  Offered then withdrawn.
Ltd.  =  Admitted for limited purpose.

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| I. | | | | **Screenshots and Downloads from Websites A, B, C, and D**  (1 - 99) |
| 1 | ✓ | 5/8/23 | 3:09 pm | Screenshot of Website A Login/Home Page |
| 2 | ✓ | " | 3:20 pm | Screenshot of Website A Chat Window |
| 3 | | | | Screenshot of Website A Chat Window |
| 4 | ✓ | 5/8/23 | 3:32 pm | Screenshot of Website A Chat Window |

Page 1



| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 5 | | | | Screenshot of Website A Chat Window |
| 6 | ✓ | 5/8/23 | 3:40 pm | Screenshot of Website A Chat Window |
| 7 | | | | Thumbnails of Files Obtained Through Website A (OBSCENE) |
| 7A | | | | "K…mp4" Video (OBSCENE) (Physical Item) |
| 7B | | | | Contact Sheet for "K…mp4" Video (OBSCENE) |
| 7C | X | 5/8/23 | 3:50 pm | Screenshots of "K…mp4" Video (OBSCENE) |
| 7D | | | | "2017…mp4" Video (OBSCENE) (Physical Item) |
| 7E | X | 5/8/23 | 3:55 pm | Contact Sheet for "2017…mp4" Video (OBSCENE) |
| 7F | | | | "(P…mp4" Video (OBSCENE) (Physical Item) |
| 7G | | | | Contact Sheet for "(P…mp4" Video (OBSCENE) |
| 7H | | | | Screenshot of Website A Logout Screen (OBSCENE) |
| 8 | ✓ | 5/8/23 | 4:02 pm | Screenshot of Website B Login/Home Pages |
| 9A | | | | Screenshot of Website B Chat Screen |

Page 2

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 9B | ✓ | 5/8/23 | 4:08 pm | Screenshot of Website B Chat Screen |
| 10 | ✓ | " | 4:11 pm | Expanded View of Website B Tags |
| 11 | ✓ | " | 4:13 pm | Website B Chat Screen |
| 12A | ✗ | " | 4:15 pm | "l…jpg" Image File (OBSCENE) |
| 12B | | | | "10 Cuties" Thumbnail Images (OBSCENE) |
| 13 | ✓ | 5/8/23 | 4:25 pm | Screenshot of Website C Login/Home Page |
| 14 | ✓ | " | 4:33 pm | Expanded View of Website C Tags |
| 15 | ✓ | 5/8/23 | 4:29 pm | Screenshot of Website C Chat Screen |
| 16A | | | | Contact Sheet for "full…mp4" (OBSCENE) |
| 16B | | | | Multiple Videos "8…mp4" (OBSCENE) (Physical Item) |
| 16C | | | | Thumbnail View of "8…mp4" Videos (OBSCENE) |
| 16D | ✗ | 5/8/23 | 4:38 pm | Contact Sheets for "8…mp4" Videos (OBSCENE) |
| 17 | ✓ | " | 4:43 pm | Screenshot of Website D Home/Login Page |

Page 3

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 18 | ✓ | 5/8/23 | 4:47 pm | Screenshot of Website D Chat Window |
| 19A | | | | "full…mp4" Video (OBSCENE) (Physical Item) |
| 19B | ✗ | 5/8/23 | 4:51 pm | Contact Sheet for "full…mp4" Video (OBSCENE) |
| 20A | ✓ | 5/9/23 | 8:47 am | "Safety" Page (OBSCENE) |
| 20B | | | | Screenshot of "Safety" Page |
| 20C | | | | Screenshot of "Safety" Page |
| 21 | ✓ | 5/9/23 | 8:58 am | Screenshot of Website A Staff Notes |
| 22 | ✓ | " | 9:02 am | Website A Staff Notes |
| 22A | ✓ | " | 9:08 am | Website A Guide |
| 22B | ✓ | " | " | Website A Guide |
| 22C | ✓ | " | " | Website A Guide |
| 22D | ✓ | " | " | Website A Guide |
| 22E | ✓ | " | " | Website A Guide |

Page 4

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 23 | ✓ | 5/9/23 | 9:20 am | Website A Staff Notes |
| 24 | ✓ | 5/8/23 | 4:53 pm | Screenshot of Website A Chat Screen |
| 25 | ✓ | " | 4:55 pm | Screenshot of Website A Chat Screen |
| 26 | | | | 7A clip - "K...mp4" Video (OBSCENE) (Physical Item) |
| 27 | | | | 7D clip - "2017...mp4" Video (OBSCENE) (Physical Item) |
| 28 | | | | 16B clip - Sample1.mp4 (from Multiple Videos "8...mp4") (OBSCENE) (Physical Item) |
| 29 | | | | 16B clip – Sample2.mp4 (from Multiple Videos "8...mp4") (OBSCENE) (Physical Item) |
| 30 | | | | 19A clip – "full...mp4" Video (OBSCENE) (Physical Item) |
| 31-50 | | | | RESERVED |
| 51 | ✓ | 5/9/23 | 1:20 pm | Website A Chat (Redacted) |
| 52 | ✓ | " | 1:37 pm | Website C Login Page |
| 53 | ✓ | " | 1:40 pm | Website C Chat |

Page 5

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 54 | ✓ | 5/9/23 | 1:44 pm | Website A Chat |
| 55 | ✓ | 11 | 1:49 pm | Website B Login Page |
| 56 | ✓ | 11 | 1:50 pm | Website B Chat |
| 57 | ✓ | 11 | 1:56 pm | Website B Chat |
| **II.  Google Content** – (100-199) | | | | |
| 100 | ✓ | 5/9/23 | 2:12 pm | 12.23.18 ClintRSchram Gmail – Google search – Hidden service hosting |
| 101 | ✓ | 11 | 11 | 12.21.18 ClintRSchram Gmail – Google search – Whonix |
| 102 | ✓ | 11 | 11 | 4.18.19 ClintRSchram Gmail – Google search – Russian teen porn |
| 103 | ✓ | 11 | 11 | 4.28.19 ClintRSchram Gmail – Google search – Russian teen porn |
| 104 | ✓ | 11 | 11 | 1.17.20 ClintRSchram Gmail – Google search – [term relating to Website D] |
| 105 | ✓ | 11 | 11 | 1.19.20 ClintRSchram Gmail – Google search - Torguard |

Page 6

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 106 | ✓ | 5/9/23 | 2:12 pm | 1.22.20 ClintRSchram Gmail – Google search – [term relating to Website D] |
| 107 | ✓ | '' | '' | 1.13.20 Email to ClintRSchram Gmail from Torguard – Invoice |
| 108 | ✓ | '' | '' | 1.13.20 Email to ClintRSchram Gmail from Torguard – Payment |
| 109 | ✓ | '' | '' | 1.13.20 Email to ClintRSchram Gmail from Torguard – VPN Activation |
| 110 | ✓ | '' | '' | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service |
| 111 | ✓ | '' | '' | 3.5.19 ClintSchram Gmail – Google search – Create a vanity onion |
| 112 | ✓ | '' | '' | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service setup |
| 113 | ✓ | '' | '' | 3.5.19 ClintSchram Gmail – Google search – How to host your own Tor hidden service |
| 114 | ✓ | '' | '' | 3.5.19 ClintSchram Gmail – Google search – Tor hidden service |
| 115 | ✓ | '' | '' | 3.6.19 ClintSchram Gmail – Google search – How to set up a deep website |

Page 7

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 116 | ✓ | 5/9/23 | 2:12 pm | 7.31.19 ClintSchram Gmail – Google search – GNU privacy guard |
| 117 | ✓ | " | " | 8.16.19 ClintSchram Gmail – Google search – How to hide and encrypt your top secret files like the CIA |
| 118 | ✓ | " | " | 8.16.19 ClintSchram Gmail – Google search – Disk Encryption |
| 119 | ✓ | " | " | 8.16.19 ClintSchram Gmail – Google search – OPSEC (operational security) |
| 120 | ✓ | " | " | 8.20.19 ClintSchram Gmail – Google search – Latest Pedobear GIFs |
| 121 | ✓ | " | " | 8.22.19 ClintSchram Gmail – Google search – VPN Articles |
| 122 | ✓ | " | " | 8.28.19 ClintSchram Gmail – Google search – Whonix and Kali Linux |
| 123 | ✓ | " | " | 9.9.19 ClintSchram Gmail – Google search   - [term relating to Website D] |
| 124 | ✓ | " | " | 9.14.19 ClintSchram Gmail – Google search – Metadata Anonymization Toolkit |
| 125 | ✓ | " | " | 11.10.19 ClintSchram Gmail – Google search - Linux distros |

Page 8

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 126 | | | | Rule 902 Certificate of Authenticity – ClintRSchram Gmail |
| 127 | | | | Rule 902 Certificate of Authenticity – ClintSchram Gmail |
| 128 | ✓ | 5/9/23 | 2:12 pm | Clintrschram Gmail – subscriber information |
| 129 | ✓ | '' | '' | Clintschram Gmail – subscriber information |

**III.** **Photos Taken and Devices Seized from 8524 Ava Avenue, Kansas City, Missouri** – (200-299)

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 200 | ✓ | 5/9/23 | 2:46 pm | Search Warrant Photo (SCHR_01019) |
| 201 | ✓ | '' | '' | Search Warrant Photo (SCHR_01020) |
| 202 | ✓ | '' | '' | Search Warrant Photo (SCHR_01076) |
| 203 | ✓ | '' | '' | Search Warrant Photo (SCHR_01077) |
| 204 | ✓ | '' | '' | Search Warrant Photo (SCHR_01023) |
| 205 | ✓ | '' | '' | Search Warrant Photo (SCHR_01025) |
| 206 | ✓ | '' | '' | Search Warrant Photo (SCHR_01071) |

Page 9

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 207 | ✓ | 5/9/23 | 2:46 pm | Search Warrant Photo (SCHR_01074) |
| 208 | ✓ | '' | '' | Search Warrant Photo (SCHR_01070) |
| 209 | ✓ | '' | '' | Search Warrant Photo (SCHR_01039) (Redacted) |
| 210 | ✓ | '' | '' | Search Warrant Photo (SCHR_01054) |
| 211 | ✓ | '' | '' | Search Warrant Photo (SCHR_01055) |
| 212 | ✓ | '' | 2:50 pm | HP Pavilion Tower, Model: 510-P114 (Physical Item) |
| 213 | ✓ | '' | '' | 2TB SATA Hard Drive (Physical Item) |
| 214 | ✓ | '' | 2:53 pm | 64GB PNY USB Drive (Physical Item) |
| 215 | ✓ | '' | '' | Western Digital WD Elements Hard Drive (Physical Item) |
| IV. **Forensic evidence from devices** – (300-499) | | | | |
| 300 | ✓ | 5/10/23 | 8:45 am | Clint R. Schram resume (from 4TB External Drive) |
| 301 | | | | Clint R. Schram thank you letter dated April 3, 2019 (from 4TB External Drive) |

Page 10

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 302 | ✓ | 5/10/23 | 8:49 am | Clint R. Schram thank you letter dated April 5, 2019 (from 4TB External Drive) |
| 303 | ✓ | 11 | 11 | Screenshot of desktop – Randstad ADP Employee Identification Number for Clint Schram (from 4TB External Drive) |
| 304 | ✓ | 11 | 11 | Screenshot of desktop – Randstad ADP Employee Eligibility Verification for Clint Schram (from 4TB External Drive) |
| 305 | ✗ | 11 | 8:58 am | Screenshot of desktop – Website A home page (from 4TB External Drive)   (OBSCENE) |
| 305A | ✗ | 11 | 11 | Redacted copy of Exhibit # 305 |
| 306 | ✗ | 11 | 9:05 am | Screenshot of desktop – Website A Administrative functions page (from 4TB External Drive) |
| 307 | ✗ | 11 | 9:10 am | Screenshot of desktop – Website A chat (from 4TB External Drive) |
| 308 | ✗ | 11 | 9:14 am | Screenshot of desktop – Website A chat (from 4TB External Drive) |
| 309 | ✗ | 11 | 9:18 am | Screenshot of desktop – Website A test chat (from 4TB External Drive) |
| 310 | ✗ | 11 | 9:21 am | Screenshot of desktop – Website A test chat (from 4TB External Drive) (OBSCENE) |

Page 11

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 310A | | | | Redacted copy of Exhibit # 310 |
| 311 | X | 5/10/23 | 9:22 am | Screenshot of desktop – Website A test chat (from 4TB External Drive) (OBSCENE) |
| 311A | X | " | " | Redacted copy of Exhibit # 311 |
| 312 | X | " | 9:26 am | Screenshot of desktop – Website B home page (from 4TB External Drive) (OBSCENE) |
| 312A | X | " | " | Redacted copy of Exhibit # 312 |
| 313 | ✓ | " | 10:35 am | Screenshot of desktop – Website B testing/training chat (from 4TB External Drive) |
| 314 | | | | Screenshot of desktop – Website B testing/training chat (from 4TB External Drive) |
| 315 | X | 5/10/23 | 9:31 am | Screenshot of desktop – Website B chat (from 4TB External Drive) |
| 316 | | | | Screenshot of desktop – ThePedoWiki Main Page (from 4TB External Drive) |
| 317 | X | 5/10/23 | 9:33 am | Screenshot of desktop – Topic Links 2.0 (from 4TB External Drive) |
| 318 | X | " | 9:31 am | Screenshot of desktop – Website C home page (from 4TB External Drive) |

Page 12

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 319 | ✗ | 5/10/23 | 9:26 am | Screenshot of desktop – Logos (from 4TB External Drive) |
| 320 | ✗ | '' | 9:37 am | Screenshot of desktop – Website C home page (from 4TB External Drive) (OBSCENE) |
| 320A | ✗ | '' | '' | Redacted copy of Exhibit # 320 |
| 321 | ✗ | '' | '' | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 322 | ✗ | '' | '' | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 323 | ✗ | '' | '' | Screenshot of desktop – Website C chat (from 4TB External Drive) (OBSCENE) |
| 323A | ✗ | '' | '' | Redacted copy of Exhibit # 323 |
| 324 | ✗ | '' | '' | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 325 | ✗ | '' | '' | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 326 | ✗ | '' | '' | Screenshot of desktop – Website C chat (from 4TB External Drive) |
| 327 | | | | Screenshot of desktop – Website C chat (from 2TB External Drive) |

Page 13

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 328 | X | 5/10/23 | 9:37 am | Screenshot of desktop – Gifs (from 4TB External Drive) |
| 329 | ✓ | '' | 10:40 am | How to host a hidden service with a LEMP stack html (from 2TB from HP desktop) |
| 330 | ✓ | '' | 10:42 am | Screenshot of desktop – Whonix Workstation and The Pedo's Whonix Guide (from 2TB from HP desktop) |
| 331 | X | '' | 10:47 am | The Pedo's Whonix Guide (from 2TB from HP desktop) |
| 332 | X | '' | '' | Whonix Guide (full text) |
| 333 | ✓ | '' | 10:52 am | Bash history (from 2TB from HP desktop) |
| 334 | Ltd. | '' | 10:55 am | Powerpoint summary – Whonix Guide and bash history |
| 335 | | | | Screenshot of desktop – Web Design Tutorials and Articles (from 4TB External Drive) (OBSCENE) |
| 335A | | | | Redacted copy of Exhibit # 335 |
| 336 | X | 5/10/23 | 10:59 am | Screenshot of desktop – Oracle VM VirtualBox Manager (from 2TB from HP desktop) |
| 337 | X | 5/10/23 | 10:38 am | Screenshot of desktop – Google speed test (from 2TB from HP desktop) (OBSCENE) |

Page 14

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 337A | ✗ | 5/10/23 | 10:38 am | Redacted copy of Exhibit # 337 |
| 338 | | | | Screenshot of desktop – GPA GNU Privacy Assistant and TorGuard (from 4TB External Drive) |
| 339 | ✓ | 5/10/23 | 11:11 am | Screenshot of desktop –GNU Privacy Assistant – Generate Key (from 4TB External Drive) |
| 340 | ✓ | '' | '' | Screenshot of desktop – Metadata Anonymisation Toolkit GNU (from 4TB External Drive) |
| 341 | ✓ | '' | '' | Screenshot of desktop – Tor Browser Preferences – Security Level (from 4TB External Drive) |
| 342 | ✓ | '' | '' | Screenshot of desktop – Safety and Security advice for on-topic browsing the dark web (from 4TB External Drive) |
| 343 | | | | Screenshot of desktop – Downloading Tails upgrade (from 4TB External Drive) |
| 344 | ✗ | 5/10/23 | 9:37 am | Screenshot of desktop – LEA & Antis (from 4TB External Drive) |
| 345 | ✓ | '' | 11:16 am | Screenshot of desktop – 3 ways to get busted on the Dark Web (from 4TB External Drive) |
| 346 | ✓ | '' | '' | Screenshot of desktop – Dark web crime markets targeted by recurring DDoS attacks (from 4TB External Drive) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 347 | ✓ | 5/10/23 | 11:16 am | Screenshot of desktop – 7 Ways the Cops Will Bust You on the Dark Web (from 4TB External Drive) |
| 348 | ✓ | 1' | 1' | Screenshot of desktop – Meet the Hacker Who Busts Child Pornographers on the Dark Net (from 4TB External Drive) |
| 349 | ✓ | 11 | 1' | Screenshot of desktop – The scariest hacks and vulnerabilities of 2019 (from 4TB External Drive) |
| 350 | ✓ | 11 | 11:19 am | Screenshot of desktop – child exploitation chat (from 4TB External Drive) |
| 351 | | | | File – ThePedoWiki password (from 4TB External Drive) |
| 352 | | | | File – Archive password (from 4TB External Drive) |
| 353 | | | | File – elude email password (from 4TB External Drive) |
| 354 | | | | File – admin password (from 4TB External Drive) |
| 355 | ✓ | 5/10/23 | 9:25 am | File – Website A password (from 4TB External Drive) |
| 356 | ✓ | 1' | 9:31 am | File – Website B private key document (from USB) |
| 357 | ✗ | 11 | 9:37 am | File – Website C admin password (from 4TB External Drive) |

Page 16

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 358 | X | 5/10/23 | 9:37 am | File – Website C password (from 4TB External Drive) |
| 359 | X | " | 11:05 am | Screenshot of desktop – folders and files (from 2TB from HP desktop) |
| 360 | X | 5/10/23 | 11:03 am | Screenshot of desktop – Website C File Manager (from 2TB from HP desktop) |
| 361 | ✓ | " | 11:07 am | Screenshot of desktop – Website B test chat backups (from 4TB External Drive) |
| 362 | ✓ | " | 11:09 am | Tor user specific configuration file (from 2TB from HP desktop) |
| 363 | X | 5/10/23 | 9:26 am | File - Password |
| 364-400 | | | | RESERVED |
| 401 | | | | Lab Results HAR –158 (HARCFL Item No. 135829) derivative evidence disk by FE Brian Karlstrand, dated 5.01.23 (Physical Item) |
| 402 | X | 5/9/23 | 4:12 pm | Contact Sheet for 10yr shows…(OBSCENE) |
| 403 | X | 4 | " | Contact Sheet for 11yo Cute…(OBSCENE) |
| 404 | X | " | " | Contact Sheet for BW… (OBSCENE) |

Page 17

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 405 | X | 5/9/23 | 4:17 pm | Contact Sheet for Ch… show (OBSCENE) |
| 406 | X | " | " | Contact Sheet for girl in… (OBSCENE) |
| 407 | X | " | " | Contact Sheet for Inappropriate… (OBSCENE) |
| 408 | X | " | " | Contact Sheet for pe8… (OBSCENE) |
| 409 | X | " | " | Contact Sheet for Two…girls (OBSCENE) |
| 410 | X | " | " | Contact Sheet for …7… (OBSCENE) |
| **V.   Drawings Obtained from Clint Schram** – (500-599) | | | | |
| 500 | | | | "Pedo Park" Drawing |
| **VI.   Excerpts of Schram Interview** – (600-699) | | | | |
| 601 | ✓ | 5/9/23 | 10:20 am | 18:09-19:20 (Tr. pp. 13-14) |
| 602 | ✓ | " | " | 21:08-22:27 (Tr. pp. 15-16) |
| 603 | ✓ | " | " | 24:19-25:00 (Tr. p. 18) |
| 604 | ✓ | " | " | 26:52-27:06 (Tr. p. 19) |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 605 | ✓ | 5/9/23 | 10:20 am | 27:52-29:08 (Tr. pp. 20-21) |
| 606 | ✓ | ʺ | ʺ | 29:28-31:33 (Tr. pp 21-23) |
| 607 | ✓ | ʺ | ʺ | 32:11-32:37 (Tr. p. 23) |
| 608 | ✓ | ʺ | ʺ | 33:40-34:34 (Tr. pp. 24-25) |
| 609 | ✓ | ʺ | ʺ | 35:33-36:31 (Tr. pp. 26-27) |
| 610 | ✓ | ʺ | ʺ | 38:04-38:32 (Tr. p. 28) |
| 611 | ✓ | ʺ | ʺ | 41:17-42:54 (Tr. pp. 30-31) |
| 612 | ✓ | ʺ | ʺ | 53:48-54:01 (Tr. p. 39) |
| 613 | ✓ | ʺ | ʺ | 57:24-58:31 (Tr. pp. 42-43) |
| 614 | ✓ | ʺ | ʺ | 59:05-1:00:02 (Tr. pp. 43-44) |
| 615 | ✓ | ʺ | ʺ | 1:01:29-1:02:06 (Tr. p. 46) |
| 616 | ✓ | ʺ | ʺ | 1:07:18-1:07:58 (Tr. p. 51) |
| 617 | ✓ | ʺ | ʺ | 1:08:39-1:09:11 (Tr. p. 52) |

Page 19

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 618 | ✓ | 5/9/23 | 10:20 am | 1:09:31-1:12:28 (Tr. pp. 52-54) |
| 619 | ✓ | '' | '' | 1:14:51-1:15:14 (Tr. p. 56) |
| 620 | ✓ | '' | '' | 1:53:52-1:54:46 (Tr. p. 77) |
| 621 | ✓ | '' | '' | 1:55:47-1:56:21 (Tr. p. 78) |
| 622 | ✓ | '' | '' | 1:57:25-1:57:51 (Tr. p. 79) |
| 623 | ✓ | '' | '' | 2:00:53-2:01:11 (Tr. pp. 81-82) |
| 624 | ✓ | '' | '' | 2:02:58-2:03:21 (Tr. p. 83) |
| 625 | ✓ | '' | '' | 2:07:58-2:08:58 (Tr. pp. 87-88) |
| 626 | ✓ | '' | '' | 2:10:16-2:11:27 (Tr. pp. 89-90) |
| 627 | ✓ | '' | '' | 2:16:11-2:16:26 (Tr. p. 93) |
| | **VII. <u>Documents and Records</u>** – (700-799) | | | |
| 700 | Ltd. | 5/9/23 | 11:5 am | Demonstrative exhibit (Jim Fottrell) |
| 701 | | | | Report (FD-302) of FBI SA Aaron Butzin dated March 27, 2023 (SCHR_05038) |

Page 20

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 702 | | | | HARCFL Report of Examination dated March 25, 2021, signed by Examiners Brian Karlstrand and Amy Corrigan (SCHR_04840–04851) |
| 703 | | | | Transcript of Clint Schram's interview (Redacted) |
| 703A | | | | Transcript of Clint Schram's interview (Unredacted) |
| 704 | | | | United States' Notice of Expert Witnesses Pursuant to Federal Rule of Criminal Procedure 16 (ECF No. 71) |
| 705 | | | | Website Chart - Demonstrative |
| 706 | | | | HARCFL Technical Report dated April 20, 2023, signed by Examiner Brian Karlstrand (SCHR_06806) |
| 707 | | | | HARCFL SATA hard drive - derivative evidence (HARCFL125322) (Physical Item) |
| 708 | | | | HARCFL Technical Report dated May 1, 2023, signed by Examiner Brian Karlstrand |