IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLINT ROBERT SCHRAM,

        Defendant.

Case No. 20-06002-01-CR-W-DGK

## VERDICT FORM

### COUNT ONE

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
                                                                          *(Guilty/Not Guilty)*

of Engaging in a Child Exploitation Enterprise, as charged in Count One of the Indictment.

__5/10/23__
DATE

__[signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINT ROBERT SCHRAM,

    Defendant.

Case No. 20-06002-01-CR-W-DGK

## VERDICT FORM

### COUNT TWO

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__

*(Guilty/Not Guilty)*

of Conspiracy to Advertise Child Pornography by means of "Website A," as charged in Count Two of the Indictment.

__5/10/23__
DATE

__[signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINT ROBERT SCHRAM,

    Defendant.

Case No. 20-06002-01-CR-W-DGK

## VERDICT FORM

## COUNT THREE

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
*(Guilty/Not Guilty)*

of Advertisement of Child Pornography by means of "Website A," as charged in Count Three of the Indictment.

__5/10/23__
DATE

__[signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINT ROBERT SCHRAM,

    Defendant.

Case No. 20-06002-01-CR-W-DGK

## VERDICT FORM

## COUNT FOUR

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
*(Guilty/Not Guilty)*

of Conspiracy to Advertise Child Pornography by means of "Website B," as charged in Count Four of the Indictment.

__5/10/23__
DATE

__[signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINT ROBERT SCHRAM,

    Defendant.

Case No. 20-06002-01-CR-W-DGK

## VERDICT FORM

## COUNT FIVE

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
                                                                                             **(Guilty/Not Guilty)**

of Advertisement of Child Pornography by means of "Website B," as charged in Count Five of the Indictment.

__5/10/23__
DATE

__[signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 20-06002-01-CR-W-DGK |
| CLINT ROBERT SCHRAM, | |
| Defendant. | |

## VERDICT FORM

### COUNT SIX

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
*(Guilty/Not Guilty)*

of Conspiracy to Advertise Child Pornography by means of "Website C," as charged in Count Six of the Indictment.

__5/10/23__
DATE

__[signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINT ROBERT SCHRAM,

    Defendant.

Case No. 20-06002-01-CR-W-DGK

**VERDICT FORM**

**COUNT SEVEN**

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
*(Guilty/Not Guilty)*

of Advertisement of Child Pornography by means of "Website C," as charged in Count Seven of the Indictment.

__5/10/23__
DATE

__/s/ [signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 20-06002-01-CR-W-DGK |
| CLINT ROBERT SCHRAM, | |
| Defendant. | |

## VERDICT FORM

## COUNT EIGHT

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
*(Guilty/Not Guilty)*

of Conspiracy to Advertise Child Pornography by means of "Website D," as charged in Count Eight of the Indictment.

__5/10/23__
DATE

__/s/__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CLINT ROBERT SCHRAM,

        Defendant.

Case No. 20-06002-01-CR-W-DGK

## VERDICT FORM

### COUNT NINE

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__
*(Guilty/Not Guilty)*

of Advertisement of Child Pornography by means of "Website D," as charged in Count Nine of the Indictment.

__5/10/23__
DATE

__[signed]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.