IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLINT ROBERT SCHRAM,

    Defendant.

Case No. 20-06002-01-CR-W-DGK

## VERDICT FORM

### COUNT NINE

We, the jury, find the defendant, CLINT ROBERT SCHRAM, __Guilty__

*(Guilty/Not Guilty)*

of Advertisement of Child Pornography by means of "Website D," as charged in Count Nine of the Indictment.

__5/10/23__
DATE

__[signature]__
FOREPERSON OF THE JURY

*If you are unable to reach a unanimous decision on the above charge, leave the spaces blank.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINT ROBERT SCHRAM,<br><br>Defendant. | Case No. 20-06002-01-CR-SJ-SRB |

**SPECIAL VERDICT FORM**

We, the Jury, return the following Special Verdict as to the defendant's interest in the following property, alleged in the Forfeiture Allegation of the Indictment to be subject to forfeiture to the United States:

> The defendant's residence, Lot 9, Block 5, Line Creek Meadows—Third Plat, a subdivision in Kansas City, Platte County, Missouri, commonly known as 8524 N. Ava Avenue, Kansas City, Missouri 64154.

> We, the jury, unanimously find this property is subject to forfeiture.

YES __X__

NO _____

__5/10/23__
Date

__[signature]__
FOREPERSON