

U.S. Department of Justice

**Federal Prison System**

*U. S. Penitentiary*

Case No. 20-06002-01-CR-SJ-SRB

*Leavenworth, KS 66048-1254*

To: Judge Bough; Magistrate Counts
From: Clint R Schram
Date: Monday September 25, 2023
Subject: Sentencing; appology

Your honour, Mr White and I have spoke, all is ok, we can procede to sentincing on scheduel October 12. Just difference of opinions, all good.

Magistrate Counts, I am sorry, I appologize for my outbursts, no excuses, just I am sorry please excuse.

I was angry because I wanted to sell my house and you told me in court there was no lein on my home, or actually I believe you ~~said "this court does not have a lein on your home", and you~~ refused to allow me to petition you about it, thats all. Matters not home is yours now. In my opinion Ms Dunning and/or Mr Lunz, had a responcibility to raise there hand, and state, "wel your honour, actually I Ms Dunning Did put a lein on his home." But they kept silent and withheld that informatoon from you. Derelection of Duty IMO. Thank you.

Clint R Schram
Clint R Schram
KLINT R SCHRAM


Clint R Schram Reg No. 34907-045
USP Leavenworth
P.O. Box 1000
Leavenworth Kansas, USA
66048
KANSAS CITY 640
28 SEP 2023 PM 1 L
Mail a smile
Thinking of You
FREEDOM
FOREVER / USA
Judge Bough Magistrate Counts
United States District Court
Western District of Missouri
400 E 9th Street
Kansas City, Missouri USA
64106
20-cr-6002-SRB
64106-260801
RECEIVED
2023 OCT -2 PM 1:12
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO