

U.S. Department of Justice

Federal Prison System

U. S. Penitentiary

Leavenworth, KS 66048-1254

TO: U.S. Magistrate Judge Lajuana Counts
From: Clint R Schram Reg No. 34907-045
Date: Tuesday September 26, 2023
Subject: Appology

Hello, I would like to formally appologize to you Judge Counts for my written outburst and my unappropriate language - behavior. It was terrable and I say: "I'm" "sorry" Please excuse my bad behavior - conduct. Contrary to what you may think, I am NOT a racisist. I HATE all people equally without regard to race, religion, gender or nation of birth, or sexual orientation I am mad at the world and HATE EVERYONE!

I am sorry, please Forgive - Forget, Clint R Schram

Clint R Schram
9-26-2023



Clint R Schrewe Reg No. 34907-045
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas, USA
66048

Legal Mail

United States District Court
Western District of Missouri
Magistrate LaJuana Counts
400 E 9th Street
Kansas City, Missouri, USA 64106