

U.S. Department of Justice

**Federal Prison System**

U. S. Penitentiary

Leavenworth, KS 66048-1254

October 25, 2023

United States v. Clint Robert Schram
Case No. 20-06002-01-CR-SJ-SRB

This should be the last of the PSR objections, corrections, errors etc.

page 32 No. 149 The last sentence needs corrected. Remove the first "prior" and change the last "prior to" to [after] to render like this: "The defendant also reported he held a ~~manufacturing job~~ after working for Ford."

page 34 No. 160(d) I will NEVER agree to this. Polygraph testing is NOT admissible in court. When it is we'll talk. Delete this. Some people compulsive liars, politicians, lawyers, etc. are able to fake polygraph testing with ease.

page 33 No. 155 YES there was a plea agreement associated with this case and did have an impact.

page 33 No. 158-159 I do not understand what "expressly precluded" means, and I do not have access to a dictionary. Explain please

page 17 No. 58 I believe the word "drug" is misused. I have not drugged anyone.

That should be all. I still have not received the requested legal materials Mandatory Victim Restitution Act of 1996, JVTA of 2015 and Amy, Vicky, Andy .... Act of 2018

Lastly I would like to see a -5 point reduction on page 22 No. 89 as had not given my encryption keys and passwords and fully cooperated at the time of my arrest you would NOT have any of this information, and would be ... please give -5 reduction

Clint R Schrem 34907-045
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas, USA
66048

RECEIVED
2023 OCT 30 PM 2:01
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

20-cr-6002-01
SRB

Honorable Stephen R Bough
400 East 9th Street
Kansas City, Missouri, USA
64106

KANSAS CITY 640
27 OCT 2023 PM 6 L