

U.S. Department of Justice

**Federal Prison System**

*U. S. Penitentiary*

Case No. 20-06002-01-CR-SJ-SRB    Clint Robert Schrom Reg No.

Leavenworth, KS 66048-1254    34907-045

To: The Honorable U.S. District Judge Stephen R. Bough

I do not have adequit access to Law Library, legal materials here at the prison in SHU. Once a 1/4 is about the most I'm allowed to use the Law Library. Every 3-4 months.

May I sugest I be moved to a location with better access to Law and Legal materials? CCA Cimmeron has excellent law library on Android tablets. This is in Cushing Oklahoma. I was there back in March or April while in transit to FMC Lexington. This is a good detention facility with legal books and tablets.

OR I could sugest bringing me to your courthouse every weekday until I get this PSR report Finished. This also would be a good option. matter of fact I beleive my black suit and dress and shoes are still there with the USMS, they keep telling me to come get them. This would also work well.

Also Mr Amanda Kendal the legal gal here at USP Leavenworth would like to discuss my Urinary, bladder control issues with you. I know so because she screamed this at me as well as Mrs Walker. I think they have medical, doctorate, or nursing resources and can help me to fix my "frequent urination" and difficulty emptying my bladder. There is a Dr Clark and PRN Krock here you can speak with, or my Doctor outside Nathan Granger @ Clay Platte Family Medicen can send you my records from my Urinologist (that's a specialist in Urinology - pissing) I can see

Case 5:20-cr-06002-SRB   Document 127   Filed 10/31/23   Page 1 of 2



Clint R Schrem Reg No. 34907-045
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas, USA
66048

**LEGAL MAIL**

I support ✡ and the USMC, US NAVY, ARMY

United States District Court
Western District of Missouri
The Honorable Judge Stephen R. Bough
400 East 9th Street
Kansas City, Missouri, USA
64106

KANSAS CITY 640
24 OCT 2023 PM 4 L

RECEIVED
2023 OCT 30 PM 2:01
CLERK U.S. DIST. CT.
WEST DIST. OF MO
KANSAS CITY, MO