

U.S. Department of Justice

**Federal Prison System**

*U. S. Penitentiary*

October 24, 2023

*Leavenworth, KS 66048-1254*

United States v. Clint Robert Schram
Case No. 20-06002-01-CR-SJ-SRB

Notice of Appeal, Request New Trial

- Innefective Council

- Was not allowed to view, see, study discovery until trial May 8-9-10. Took trial notes of discovery. Have more information available how to defend myself against these erronious allegations.

- Was not allowed the use of CPAP medical device for 3+ years. No REM Sleep. Has caused mental disturbance from the cumlitive result of lack of REM sleep. (Still have not been allowed use of CPAP even though medical has provided one. Staff will not allow me use of it.)

I request a new trial after stabalizing mental health from lack of REM Sleep. Clint R Schram

Clint R Schram 34907-045
USP Leavenworth
P.O. Box 1000
Leavenworth, Kansas, USA
66048

RECEIVED
2023 NOV 13 PM 1:26
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

United States District Court
Western District of Missouri
20-cr-6002-SRB
Stephen R. Bough
400 East 9th Street
Kansas City, Missouri, USA
64106

SCREENED BY
U.S. MARSHALS