IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cr-06002-SRB |
| ) | |
| CLINT ROBERT SCHRAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Clint Robert Schram's *pro se* Motion for a New Trial. (Doc. #138). In his motion, Defendant asks this Court for "a new trial after stabilizing mental health from lack of REM sleep." (Doc. #138, p. 1).

Upon consideration of the motion, the Court finds that Defendant is represented by counsel. This Court need not entertain a *pro se* motion filed by a party that is represented by counsel. *U.S. v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014). Pursuant to this Court's local practice, if a defendant is represented by counsel, counsel shall be responsible for filing any necessary motion or request.

Accordingly, Defendant's *pro se* Motion for a New Trial (Doc. #138) is **DENIED.** The clerk of the Court is directed to mail a copy of the Order to Defendant at his last known address.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2023