IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINT ROBERT SCHRAM,<br><br>Defendant. | Case No. 20-06002-01-CR-SJ-SRB |

**GOVERNMENT'S NOTICE OF INTENT TO REDACT**

The United States of America, by and through Teresa A. Moore, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, hereby notifies the Court and the defendant of its intent to redact the transcripts of the trial and sentencing hearing in the above captioned case (D.E. 143-146, and 147), pursuant to the Western District of Missouri policy on Electronic Availability of Transcripts of Proceedings Before United States District and Magistrate Judges, in accordance with the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files and Federal Rule of Criminal Procedure 49.1.

                Respectfully submitted,

                TERESA A. MOORE
                United States Attorney
                Western District of Missouri

            By /s/ Alison D. Dunning
               Alison D. Dunning
               Assistant United States Attorney
               Charles Evans Whittaker Courthouse
               400 East Ninth Street, Suite 5510
               Kansas City, Missouri 64106
               Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on December 26, 2023, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                            */s/ Alison D. Dunning*
                                            Alison D. Dunning
                                            Assistant United States Attorney